UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

PATRICIA ELIAS                                   CASE NO.:14-26061 AJC
a/k/a PATRICIA ELIAS SABBAT                       CHAPTER 13

     Debtor.
_____/

### CALIFORNIA CLUB HOMES HOMEOWNERS' ASSOCIATION, INC. RESPONSE TO MOTION TO VALUE

     Creditor, California Club Homes Homeowners' Association, Inc. ("Creditor")   gives notice that it disputes both the value and alleged treatment of its claim for assessments as described in the Motion to Value and Determine Secured Status of Line on Real Property [ECF 35] and further states:

     1.  Creditor disputes Debtor's claim of lack of equity in the property in excess of the amount due under senior encumbrance(s) thereon and therefore disputes Debtor's ability to bifurcate Creditor's lien under 11 U.S.C. §506(a).

     3.  Creditor is entitled to the protection afforded Creditor, a Homeowners Association, pursuant to *§720.3085.(2)(b) Florida Statutes*.

     WHEREFORE, Creditor, California Club Homes Homeowners' Association, Inc. requests that the Motion to Value and Determine Secured Status of Lien on Real Property be denied.

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via regular mail on the 31st day of October, 2014 to: Patricia Elias a/k/a Patricia Elias Sabbat, 1006 NE 203rd Lane, Miami, FL 33179; and the following parties were served by Notice of Electronic transmission on the 31st day of October, 2014 to: Lynda C. Amadi, Esq., P.O. Box 694066, Miami, FL 33269; Nancy K. Neidich, Chapter 13 Trustee, P.O. Box 279806, Miramar, FL 33027 and Office of the US Trustee, 51 S.W. First Avenue, Miami, FL 33130.

SAX, WILLINGER & GOLD
Attorney for Creditor California Club
5801 NW 151 Street
Suite 307
Miami Lakes, FL 33014
(305) 591-1040
E-mail: sgold@swglawyers.com

_____ /S/ _____
STUART M. GOLD
Fla. Bar No.: 265421